United States District Court
District of Connecticut

Sterbinsky
vs
Armstrong

Page (1)

Docket Number
3:03cv574-CFD

## Summary ~~Sublimate~~ Motion in Opposition to Respondents Motion of Dismiss:

Petitioner Pursuant to the Practice book Files his motion in opposition to respondents motion to Dismiss. Plantiff is Before the Court As A Pro Se litigant. I Filed A motion in opposition to respondents motion to dismiss without Attaching these Facts. On July 11th 2003 the Assistant States Attorney Joanne Sulik. States on Page 9 of (her) memorandum of Law in support of respondents motion to Dismiss that I Filed A late Petition For Certification to the Supreme Court on my Appeal that was Dismissed by the Appealate Court on Nov 19th 2002. # AC-22024. In the letter Attached from the Chief States Attorney Office Dated Feb 5th 1998. It clearly states the Supreme Court denied the Certification. It Also states (Highlighted) And it is time for the Courts to take Appropriate Steps to execute the Judgement As I've Proven And the Assistant States Attorney Joanne Sulik has by Providing All Court transcripts. I Ask that the Court Please review exhibit (E) in the State Attorney motion to dismiss where it clearly states the Supreme Court had the chance Already to Justify the exact same Question(s) being Asked 5yrs Ago. And denied to Answer them hoping I wouldn't Pursue the matter Any Further As I have. Letters enclosed Also Prove's.

on my First Appeal #AC 15934 that the Attorney who represented me Michael Melly Filed the Motion For Certification to the Supreme Court as I believe my Second Attorney Dennis McDonough #AC 22024 which he didn't File For that the states Attorney Joanne Sulik is Now trying to use Against me. I Ask the Courts If For Some reason you Grant the respondents motion to Dismiss, I request the Courts Please Put this Habeas 3:03cv574 CFD. on Hold, so I don't need to re File this All over once Again. Due to my Financial difficultys And lack of Access to Proper Legal Assistant where I trully believe the State has taken Full Advantage of A Pro Se litigant. Denying me the Chance to Argue my Claims, I've been Seeking the Justification on Since my Violation of Probation Hearing held on Feb 06, 1996. The Plantiff has Already on A Number of Occasions Sought the State Court to remedy his Illegal Sentence to which the State Court Deliberately Avoid on each Occasion There Fore it is in the Courts Interest As well As the Publics Interest to have the State Comply with the law of the State of Connecticut And Correct the Plantiffs Illegal Sentence. on Page 6 of the respondents motion to Dismiss She States 28 U.S.C. §2254(b)(1)(A) Indeed even If the Petitioner Can demonstrate A Clear Violation of his rights Federal relief is unwarranted unless Available State Remedies Are exhausted in letter enclosed Dated Feb 5th 1998 the Supreme

Court Already told the State "And its time for the Court to take Appropriate Steps to execute Judgement, where Again they had numerous times to And Avoided them Claiming exhaustion of State Court remedies. The Plantiff ultimately can be released with time Served for the Violation of Probation on the Stipulation(s) from Proper mittimus, which the State Court Refuses to Acknowledge that it erred on.

evidentry Hearing is Requested:

Resigned 10-23-03

Respectfully Submitted
James M Sterbinsky
* James M Sterbinsky
* James M Sterbinsky

·· order ··

The Foregoing motion being duly heard is hereby Granted / Denied /    Date _____    Judge _____


·· Certification ··

Service is hereby Certified in Accordance with Practice book the 18 day of July 2003. A Copy mailed to Jo Anne Sulik - 300 Corporate Place - Rocky Hill Ct 06067
Date: 07-18-03.

James M Sterbinsky

James M Sterbinsky

Resigned 10-23-03

**DENNIS P. McDONOUGH, L.L.C.**
ATTORNEY AT LAW
P.O. BOX 323
219 GREENWOOD AVENUE
BETHEL, CT 06801

TEL. (203) 730-8916
FAX (203) 798-8848

e-mail: attymcdonough@usa.net

PLEASE REPLY TO:
P.O. BOX 323
BETHEL, CT 06801

December 12, 2002

James M. Sterbinsky
187297-E-211
Corrigan Correctional Institution
986 Norwich New London Turnpike
Uncasville, CT 06382

RE: Sterbinsky vs. COmmissioner

Dear Mr. Sterbinsky,

Please find enclosed a copy of the Appellate Courts decision dismissing your appeal. *(AC-22024 2nd Appeal.)*

Thank You.

*Where He didnt File Certification on this Appeal to the Supreme Court As First Attorney Michael Melly Properly Did his Job.*

Sincerely,

Dennis P. McDonough
Dennis P. McDonough
DPM/kls

*... Caselog Pertaining to this Case.. ****

*Bernard Gibson -vs- Commissioner.*

*257 CONN 632. Held that indigant Criminal Defendants like the Petitioner, has A Statutory Sec 51-296(A) Right to the Assistance of Counsel For Purpose of Filing A Petition For Certification Seeking the Courts Review of A Judgement of Appellate Court Affirming A trial Courts Judgement of Conviction.*

*Which Attorney Dennis P McDonough did nt do As First Attorney Michael Melly AC 15934*



## State of Connecticut
### DIVISION OF CRIMINAL JUSTICE



(exibit K)

OFFICE OF
THE CHIEF STATE'S ATTORNEY

JOHN M. BAILEY
CHIEF STATE'S ATTORNEY

February 5, 1998

300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
TELEPHONE (860) 258-5800

Mary M. Galvin, Esquire
State's Attorney
Judicial District of Ansonia/Milford
14 West River Street
P.O. Box 210
Milford, CT. 06460

*[handwritten note: The Supreme Court's Decision that Judge Warren Eginton Stated I did not file for which I did exhaust all my State Court remedies.]*

RE: State v. James Sterbinsky, CR 89-818800, CR90-1740
    A.C.15934 *(1st Appeal)*

Dear Mary:

As you know by now, the above appeal was argued to the Appellate Court and the court AFFIRMED the defendant's conviction in a per curiam opinion. State v. Brannen, 47 Conn. App. 918 (1997). The defendant filed a petition for certification which the State opposed on January 8, 1998. The Supreme Court DENIED CERTIFICATION on February 3, 1998. Consequently, any appellate stay the defendant may have had is no longer in effect ~~and it is time for the court to take appropriate steps to execute the judgement.~~

Sincerely,

EILEEN McCARTHY GEEL
Deputy Assistant State's Attorney

EMG/cg

### CERTIFICATION

I hereby certify that a copy of this document has been sent to Michael M. Melly, Esquire, 2360 Main Street, Rocky Hill, CT. 06067, and to James M. Sterbinsky, Pro Se, S.B. 516, Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT. 06410 on February 5, 1998.

EILEEN McCARTHY GEEL

AN EQUAL OPPORTUNITY EMPLOYER