United States District Court
District of Connecticut

Sterbinsky
vs
Armstrong

Docket Number
3:03cv574 CFD

FILED
2004 APR 12 P 2:40
U.S. DISTRICT COURT
BRIDGEPORT CONN

Motion By Plantiff Requesting the Time exemption be Considered Being All motions have been Filed Pro Se litigent.

Petioner Pursuant to the Practice book Files this motion Requesting that the time exemption be Considered Being All motions have been Filed Pro Se without any help from A Attorney since the Probation Hearing Feb 6 96. This case has been Argued And All motions Properly Filed in the time spand required. This is All Avenues I've exhausted in order

1. Probation Hearing Feb 6 1996
2. Appealate Court #AC15934 Nov 7 97 Affirmed
3. Supreme Court Denied Cert Feb 98
4. Feberal Habeas 3:98cv475 WWE.
5. Clarification of Sentence Milford 4-1-98 Granted to be heard then denied Justification.
6. Clarification of Sentence Milford 12-24-98 Denied
7. Sentence Modification 1999 Refused to be Addressed
8. Federal Appeal #98-2999 Dismissed exhaust remedies
9. Milford Habeas #CV-00-0070482 Denied
10. Danbury Habeas (1st) no Docket no# Given
11. Danbury Habeas (2nd) CV-01-03429435 Granted Denied.

(12) Appeal Appellate AC-22024 Dismissed 11-19-02
(13) Federal Habeas 3:03-cv574 CFD. Still Pending
(14) Filed For Sentence review 1-07-03 Reply 5-08-03

All these motion(s) have been Filed within 1 yr of each other and have been a on going Issue so the time exemption should ~~not~~ Comply to my Arguement. Being I've never was given the opportunity to Argue my Claim All these times I've Addressed the Courts to. All these motions have been Filed Pro se without any kind of Attorneys Assistance and due to my Incarceration Its sometimes hard to File Motions I have no Idea on how to Prepare But I do my best hoping that the Courts see my Determination in Proving that a Injustice took Place and by the 14 Different times I've seek Justification. Where they have All Fall within the one year time Bracket. This is a on going matter that has never been Addressed or Justified so that exemption of time should ~~not~~ Comply to this Incident ~~no~~ . The State Court has had numerous opportunitys to Justify But Chosed not to. The Plantiff ultimatly can be Released with time Served For the Violation of Probation on the Stipulations from the Proper mittimus which the State Court refuses to Acknowledge that it erred on.

Oral Argument Requested

Respectfully Submitted
James M ___

order

The foregoing motion being duly heard is hereby Granted / Denied

Date _____    Judge _____

Certification –

Service is hereby Certified in Accordance with Practice Book 6 day of April 2004 A copy was mailed to:
① United States District Courthouse. Bridgeport C.T.
② States Attorney Ms Joanne Sulik 300 Corporate Place Rocky Hill C.T. 06067

Date 04-06-04          Signed
                       James M [signature]
                       187297 Q-1-57