AO 240 (1/94)

(note)* ALSO INCLUDE A SIX MONTH LEDGER FROM YOUR UNIT COUNSELOR

# United States District Court

DISTRICT OF _____

2004 APR 12 P 2: 40

James Sterbinsky
Plaintiff

V.

Commissioner of Corrections
John Armstrong
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:03-CV 574 CFD WJG

I, James M Sterbinsky, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:        ☑ Yes        ☐ No        (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  Corrigan Correction) Institution

    Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes
    $5.25 A wks

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?        ☑ Yes        ☐ No    C.T.D.O.C

    a.   If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  C.T.D.O.C.  $5.25 A week.

    b.   if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    |   | Yes | No |
    |---|---|---|
    | a. Business, profession or other self-employment | ☐ | ☑ |
    | b. Rent payments, interest or dividends | ☐ | ☑ |
    | c. Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. Disability or workers compensation payments | ☐ | ☑ |
    | e. Gifts or inheritances | ☐ | ☑ |
    | f. Any other sources  Family — | ☑ | ☐ |

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.  $20.00 A mth for Personal Needs

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☑ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    None

I declare under penalty of perjury that the above information is true and correct.

04-06-04        _James M. Steiker_        187297
DATE            SIGNATURE OF APPLICANT


## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ .22¢ on account to his/her credit at (name of institution) Osborn C.I. . I further certify that the applicant has the following securities to his/her credit: .22¢

_____. I further certify that during the past six months the applicant's average balance was $ ~~$18.65~~

4-7-04        _____
DATE          SIGNATURE OF AUTHORIZED OFFICER

6-mth Account Statement Attached.

* Counselors Verification of Inmate Accounts Statement Signature:

CONNECTICUT DEPARTMENT OF CORRECTION
T R U S T   A C C O U N T   S T A T E M E N T

DOC: 0000187297     Name: STERBINSKY, JAMES                         DOB: 01/31/1963
LOCATION: 115-V

|  |  | Max Date: |  |
|---|---|---|---|
| ACCOUNT BALANCES Total : | 0.22 CURRENT: | 0.22 HOLD: | 0.00 |

|  | 10/07/2003 | 04/07/2004 |
|---|---|---|
| SUB ACCOUNT | START BALANCE | END BALANCE |
| SPENDABLE BALANCE | 25.35 | 0.22 |

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| OPOS | POSTAGE | 115 - 12/10/ | 0.00 | 5.22 |

TRANSACTION DESCRIPTIONS --          SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/07/2003 | CEC | CEC SAL ORD #1996125 | 18.76 | 44.11 |
| 10/10/2003 | DSP | H4 /DETA DSP /FUL /Rg:1 7 @0.75    09/12/2003-09/18/2003 H4 /DET | 10.50 | 54.61 |
| 10/14/2003 | CRS | CRS SAL ORD #2028382 D1 | ( 41.68) | 12.93 |
| 10/21/2003 | CEC | CEC SAL ORD #2005265 | 7.80 | 20.73 |
| 10/22/2003 | CRS | CRS SAL ORD #2045140 D1 | ( 12.83) | 7.90 |
| 10/22/2003 | DSP | H4 /DETA DSP /FUL /Rg:1 4 @0.75    09/26/2003-09/30/2003 | 3.00 | 10.90 |
| 10/23/2003 | DSP | Inmate State Pay  112  101603 | 1.50 | 12.40 |
| 10/23/2003 | DMR | Mail Receipts  112 | 20.00 | 32.40 |
| 10/29/2003 | CRS | CRS SAL ORD #2056676 D1 | ( 19.89) | 12.51 |
| 10/29/2003 | CRS | CRS SAL ORD #2056954 D1 | ( 4.10) | 8.41 |
| 10/29/2003 | CRS | CRS SAL ORD #2056961 D1 | ( 4.10) | 4.31 |
| 10/29/2003 | CEC | CEC SAL ORD #2056961 | 4.10 | 8.41 |
| 11/07/2003 | DSP | Inmate State Pay  112  103003 | 10.50 | 18.91 |
| 11/12/2003 | CRS | CRS SAL ORD #2084658 D1 | ( 12.96) | 5.95 |
| 11/13/2003 | DMR | Mail Receipts  112 | 10.00 | 15.95 |
| 11/15/2003 | CRS | CRS SAL ORD #2090781 D1 | ( 4.10) | 11.85 |
| 11/21/2003 | DSP | Inmate State Pay  112  111303 | 10.50 | 22.35 |
| 11/24/2003 | DMR | Mail Receipts  112 | 20.00 | 42.35 |
| 11/26/2003 | CRS | CRS SAL ORD #2116609 D1 | ( 42.26) | 0.09 |
| 12/04/2003 | DSP | Inmate State Pay  112  112703 | 10.50 | 10.59 |
| 12/10/2003 | CRS | CRS SAL ORD #2148609 D1 | ( 10.56) | 0.03 |
| 12/10/2003 | CEC | CEC SAL ORD #2148609 | 0.38 | 0.41 |
| 12/17/2003 | DED | Deduction-OPOS-115 - 12/10/03 | ( 0.41) | 0.00 |
| 12/17/2003 | DMR | Mail Receipts  115 | 40.00 | 40.00 |

OSB110  CONNECTICUT DEPARTMENT OF CORRECTION  OTRTASTA
TRUST ACCOUNT STATEMENT  4.10.0.0.9 TR

DOC: 0000187297   Name: STERBINSKY, JAMES   DOB: 01/31/1963
LOCATION: 115-V

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 12/17/2003 | DED | Deduction-OPOS-115 - 12/10/03 | ( 4.81) | 35.19 |
| 12/18/2003 | DSP | Inmate State Pay 112 121103 | 6.75 | 41.94 |
| 12/18/2003 | DSP | Inmate State Pay 112 121103 | 2.25 | 44.19 |
| 12/22/2003 | CRS | CRS SAL ORD #2176103 D1 | ( 10.55) | 33.64 |
| 12/30/2003 | CEC | CEC SAL ORD #2148609 | 10.18 | 43.82 |
| 12/30/2003 | CRS | CRS SAL ORD #2193388 D1 | ( 31.98) | 11.84 |
| 01/05/2004 | CRS | CRS SAL ORD #2205578 D1 | ( 10.37) | 1.47 |
| 03/03/2004 | DMR | Mail Receipts 115 | 20.00 | 21.47 |
| 03/09/2004 | CRS | CRS SAL ORD #2331576 D1 | ( 20.98) | 0.49 |
| 03/26/2004 | DMR | Mail Receipts 115 | 20.00 | 20.49 |
| 04/05/2004 | CRS | CRS SAL ORD #2381468 D1 | ( 20.27) | 0.22 |