# UNITED STATES DISTRICT COURT FILED

## DISTRICT OF CONNECTICUT

2004 APR 12 P 2:40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

James Sterbinsky
_____
Name of Plaintiff/Petitioner

v.      Case No. 3:03cv574(CFD)(WIG)

Commissioner of Corrections
John Armstrong
_____
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: James M Sterbinsky #187297-Q-1-57
   Your present mailing address: Osborn Corr Inst P.O Box 100
   ~~Garner Corr Inst 50 Nunnawauk~~ T.P.K.
   Somers C.T. 06071
   ~~Wacksville Com Cn 382~~

   Telephone number: (   ) N/A

2. Are you presently employed? YES ✓  NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. Dept of Corr
   $5.25 A wk - $10.50 every 2 wks

   Weekly earnings: $5.25

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving.
   Tom Delmastro Plumbing Monroe C.T. - 1988 - $10.00 An hr I believe.

Date last worked: _1988_

Weekly earnings: _$350.00_

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _____

   b) interest, dividends, rents or investments of any kind? _____

   c) gifts or inheritances of any kind? _____

6. How much money do you have in any checking or savings account(s)?

   Checking: _None_

   Savings: _None_

   Prison account: _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _✓_

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _None / State Child Support_

   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED |
   |---|---|
   | _____ | None |
   | _____ | None |
   | _____ | None |
   | _____ | None |
   | State Child Support | $6000.00 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

   _None During Incarceration_
   _None     ,,        ,,_
   _None     ,,        ,,_
   _None     ,,        ,,_

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _I've been w/o a Source of Income Since 1989/my family sends me $20.00 a mth For Personal Needs And I Also get State Pay $10.50 every 2 weeks I have No other Source of Income_

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _Illegal Sentence Vindictive Prosecution And Vindictiveness used by A Judge._

    (Additional space on next page)

3

_____
_____
_____
_____
_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Charles D. O Hara J.R. P.C._

   Date you contacted this attorney _April 23, 2003_

   Method of contact (in person, by telephone, etc.) _Letters_

   _203-333-3434_

   Reason why attorney was not employed to handle your case _Current Case overloads  Letter enclosed_

   b) Attorney's name _Cohen Wolf_

   Date you contacted this attorney _April 23 2003_

   Method of contact (in person, by telephone, etc.) _Letters_

   _203-368-0211_

   Reason why attorney was not employed to handle your case _No Responce to Letter._

4

c) Attorney's name _Rosenstein & Barnes_

Date you contacted this attorney _April 23, 2003_

Method of contact (in person, by telephone, etc.) _Letters_
_203-367-7922_

Reason why attorney was not employed to handle your case
_No Responce to Letter._

15. Explain any other efforts you have made to obtain an attorney to handle your case.
_Wrote to 2 other firms_
_Durant Nichols, Houston Mitchell & Sheahan P.C._
_1057 Broad St Bridgeport Ct 06604. 203-366-3438_
_Law Offices of Frank J. Ricco / Po Box 491_
_Bridgeport Conn 06601   203-333-6135_

16. Please provide any other information which supports your application for the court to appoint counsel. _Letter from Courts_
_Ruling on Motion for Appointment of Counsel_
_Dated May 13th 2003   Case Number_
_3:03cv574-(CFD)(WIG)_

17. Do you need a lawyer who speaks a language other than English?
YES ___ NO ✓

If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

04-06-04
Date

*James M Sterbinsky*
Original Signature of Movant

James M Sterbinsky
#182297 - F-215
Corrigan Corr Inst
986 Norwich. N.L. T.P.K.
Uncasville C.T. 06382.
Printed Name and Address of Movant

6

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Assistant States Attorney

Ms Joanne Sulik.

300 Corporate Place

Rocky Hill C.T. 06067

Representing the C.T.D.O.C.

_____
Original Signature of Movant