UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES M. STERBINSKY | : | PRISONER |
| | : | CASE NO. 3:03CV574(CFD)(WIG) |
| Petitioner | : | |
| | : | |
| V. | : | |
| JOHN J. ARMSTRONG, | : | |
| COMMISSIONER OF CORRECTION, | : | MAY 11, 2004 |
| Respondent | : | |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **May 11, 2004**, to file a response to the Court's "Ruling and Order to Show Cause" dated March 30, 2004 [Doc. # 16]. In that ruling, the Court ordered that "the parties are directed to show cause why the present petition should not be dismissed as barred by the one-year statute of limitations as set forth in § 2244(d)." [Doc. # 16 at 6]. That response was due on April 29, 2004. This is the respondent's first motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.   On April 16, 2004, I filed a post-trial brief on behalf of the respondent in the state habeas corpus proceeding of James Servello v. Warden, State Prison, Docket No. CV00-0804405, Superior Court in the judicial district of Tolland. On April 20, 2004, I represented the respondent at oral argument before the Connecticut Supreme Court in three appeals. Cox v. Commissioner of Correction, S.C. 17114; Harris v. Commissioner

of Correction, S.C. 17078; and Hunter v. Commissioner of Correction, S.C. 17115. On April 21, 22, and 29, 2004, I represented the respondent at the state habeas trial in the matter of Martin Dickinson v. Garrell Mullaney, Docket No. CV01-0096308-S, Superior Court in the judicial district of Middlesex. On April 28, 2004, I filed a motion to disqualify the habeas judge in the matters of Melvin Jones v. Warden, State Prison, Docket Nos. CV01-0812441 and CV00-0804404, Superior Court in the judicial district of Hartford.

    2.    Also, on April 16, 2004, I mailed to the Court a motion to vacate the show cause order and transfer pursuant to 28 U.S.C. § 1404(a) and a supporting memorandum of law in Michael Dongarra v. Dora B. Schriro, et al., Case No. 3:03CV1945(RNC)(DFM), U.S. District Court, District of Connecticut.

    3.    On May 7, 2004, I filed the respondent's response to the Court's show cause orders in the matters of Martyn Bruno v. Commissioner of Correction, Case No. 3:04CV101(RNC), U.S. District Court, District of Connecticut *and* Stanley Goodrum v. Commissioner of Correction, Case No. 3:02CV235(AWT), U.S. District Court, District of Connecticut.

    4.    Due to these and other considerations, the respondent hereby moves this court for an enlargement of time, nunc pro tunc, to **May 11, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-JOHN J. ARMSTRONG,
COMMISSIONER OF CORRECTION

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed to James M. Sterbinsky, Inmate No. 187297, Osborn Correctional Institution, 100 Bilton Road, P.O. Box 100, Somers, Connecticut 06071, on May 11, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney