United States District Court
District of Connecticut

James M Sterbinsky
  Petitioner

-v-

John J Armstrong
Commissioner of Correction

Prisoner
Case No# 3:03 cv 574 (CFD)(WJG)

FILED MAY 13 2004

2004 MAY 18 P 5:49
US DISTRICT COURT
BRIDGEPORT CONN

Petitioner Requesting Respondents motion For enlargement of time (Be Denied) in which to Comply with the Courts Show Cause order.

Petitioner Pursuant to the Practice Book Files his motion Petitioner Requesting Respondent motion for of enlargement of time (Be Denied), Be Considered Being All motions have been Filed Pro Se without any help from a Attorney. Since the Probation hearing on Feb 6th 96 which has been A ongoing matter that has Never been Addressed or Justified.

On Feb 6th 96 at my Violation of Probation Hearing I Filed For Appeal to Appellate Court Docket No# 15934 where Judgment Was Affirmed Nov 97 where I Filed Certification to the Supreme Court where It Was Denied Feb 98 where I then Filed the Federal Habeas 3:98-cv 475. And Federal Appeal # AC 2999 where both Court Request without Prejudice that I exhaust my State Court Remedies where I Seeked the Highest State Court level- So I did 3 Habeas And A Appeal AC 22024 Nov 2002 which was dismissed where then I Filed this Federal Habeas 3:03-cv 574(CFD)(WJG)

All motions have been filed in a one year time period of each other this is a ongoing issue that has never been even Allowed A Oral Argument For Justification on my Claims

On Page 7 of Respondents to Courts order of March 30 2004 (Doc #16) Dated May 11 2004 She States Attorney Ms Joanne Sulik Claims last Paragraph. The Period of time between these two events may 4th 98 And April 2000 Constitutes 865 days. During that time I was in the Federal Courts Arguing Habeas 3:98 cv 475 (WWE) And Federal Appeal AC 2999. where Both Courts Agreed with the Previous Respondent Request to exhaust State Court Remedies without Prejudice. So I did that where the State Again Refused Justification.

I Request that the Courts Please Deny States Attorneys Joanne Sulik. Frivolous Attemps to Delay Justification on this Argument I've been Seeking Justification on these last 8 yrs

Conclusion.
For the reasons set forth above, this Court must Refuse the Respondent Request For enlargement of time.

Respectfully Submitted
Petitioner:
James M Sterbinsky
By *James M Sterbinsky*
— May 13 2004 —
187297   Q-1-29
Osborn Corr Inst
P.O. Box 100
Somers C.T. 06071

— Certification —

I hereby Certify that a Copy of this document was mailed to

Assistant States Attorney
Ms Joanne Sulik
300 Corporate Place
Rocky Hill C.T. 06067

Also to

United States District Court
Clerk of the Court
Attention Ms Mary Larsen
915 Lafayette Boulevard
Bridgeport C.T. 06604

By James M Sterbinsky
— Petitioner —
187297 — Q-1-29
Osborn Corr Inst
P.O. Box 100
Somers CT. 06071

*James M Sterbinsky*
May 13, 2004

P.S. Motion for Request for enlargement of time was supposed to be filed weeks Before the Date of April 29 2004 not weeks After where this motion should not be Considered Due to the Respondent being fully aware of the April 29th 2004 Deadline. Please also Consider this Fact. Thank you. Review 1st Federal Habeas I did ask how was stipulation from lower mitt Carried over to the Higher mitt. 3:98cv475(WWE)