United States District Court
District of Connecticut

James M Sterbinsky
  Petitioner
v
John J Armstrong
  Respondent

FILED
Prisoner
2004 JUN 21 P 4:42
Case No# 3:03cv574(CFD)(WIG)
U.S. DISTRICT COURT
BRIDGEPORT CONN

June 2004

Petitioner Requesting that the Court Please Put Habeas 3:03cv574CFD on hold till Certification to Supreme Court is Filed.

Petitioner is requesting this motion for the following Reasons Attorney Todd Bussert - 87 meadow St Naugatuck C.T. 06770. Telephone 203-495-9790 is now working with the States Attorneys Office. Requesting I'd be able to file a late Certification to the Connecticut Supreme Court on Appeal No 22024 Dismissed Nov 19th 2002. That Assistant States Attorney Ms Joanne Sulik is now Claiming in Federal Habeas 3:03cv574(CFD) I haven't exhausted my State Court Remedies. Where Attorney Dennis McDonough didn't file Certification After Appeal was dismissed once this Certification is filed most likely it will Again be dismissed As last Cert in Feb 3 1998. For this reason I request the Courts to Please Put All or Any decisions on hold So once this matter is Resolved I can forward the Certification Decision to the Court verifying I've fully exhausted every State Court Remedy.

Respectfully Submitted
Petitioner James Sterbinsky
Prisoner # 187297-Q-1-29
By *[signature]*

James M Sterbinsky
187297- Q-1-29.
Osborn Corr Inst
P.O Box 100
Somers C.T. 06071

## Certification

I hereby certify that a copy of this motion was mailed to

United States District Court
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport Conn 06604

on this Date June 17th 2004

*[signature]*
James M Sterbinsky
- Petitioner.