UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES STERBINSKY | : |
| | :                    PRISONER |
| v. | :   Case No. 3:03CV574(CFD) (WIG) |
| | : |
| JOHN ARMSTRONG | : |

RULING AND ORDER

Respondent seeks an extension of time until May 11, 2004, to file a response to the court's order to show cause. The Motion [**doc. # 20**] is **GRANTED** over petitioner's objection. The respondent shall file his response to the order to show cause within twenty days of the date of this order. The petitioner's Motion for Stay [**doc. # 22**] is **DENIED** without prejudice to renewal if the court determines that the petition is not barred by the statute of limitations.

**SO ORDERED.**

Entered this 26th day of October, 2004, at Bridgeport, Connecticut.

/s/ William I. Garfinkel
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE