UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
JAMES STERBINSKY
                                            PRISONER
     v.                           Case No. 3:03CV574(CFD) (WIG)

JOHN ARMSTRONG
```

ORDER

The petitioner has informed the court that he has been discharged from his Connecticut prison sentence and now resides in Pennsylvania. The Department of Correction has verified that the petitioner has no additional term of parole or probation to serve in connection with his sentence. Rule 83.1(c) of the Local Civil Rules of the United States District Court for the District of Connecticut, requires a pro se party to provide the Court with a written notice indicating an address **within Connecticut** where he can be served with motions, pleadings and other court documents filed in the case. The petitioner has not provided the court with a Connecticut address where he may be served with documents filed and rulings issued in this case.

In addition, the relief sought in the petition for writ of habeas corpus appears to be moot in view of the petitioner's discharge from his sentence. The court directs the petitioner to show cause why the petition for writ of habeas corpus should not

be dismissed as moot.  **The petitioner shall file his response to this order, including an address in Connecticut where he may be served with documents and rulings filed in this case, on or before March 1, 2005.**

**SO ORDERED** this 1st day of February, 2005, at Bridgeport, Connecticut.

/s/ William I. Garfinkel

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE
