```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


JAMES STERBINSKY               :
                               :           PRISONER
      v.                       :  Case No. 3:03CV574(CFD) (WIG)
                               :
JOHN ARMSTRONG                 :
```

RULING AND ORDER

The petitioner seeks leave to proceed in forma pauperis. Because the court has already granted petitioner leave to proceed in forma pauperis, the Motion [**doc. # 18**] is **DENIED** as moot. The Motion for Appointment of Counsel [**doc. # 19**] is **DENIED** for the reasons set forth in the court's prior ruling [doc. # 5] denying a motion for appointment of counsel filed by the petitioner.

**SO ORDERED** this 9th February, 2005, at Bridgeport, Connecticut.

/s/ William I. Garfinkel

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE