UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STERBINSKY

                                               PRISONER

  v.                           CIVIL NO. 3:03v574 (JCH)

JOHN ARMSTRONG

J U D G M E N T

    The cause came on for consideration on the petition for writ of habeas corpus before the Honorable Christopher F. Droney, United States District Judge.

    On February 1, 2005, the Court issued an Order to show cause why the petition should not be dismissed as moot and directed the petitioner to provide a written notice indicating an address within Connecticut where he could be served with motions, pleadings and other court documents filed in the case as required by Rule 83.1(c), D. Conn. L. Civ. R.  The petitioner did not file a response to the Court's Order.  On April 25, 2005, the Court issued a Ruling and Order dismissing the petition for writ of habeas corpus absent objection as moot and ruling that a certificate of appealability will not issue.

    It is therefore, **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is dismissed, absent objection, as moot and

the case is closed.

    Dated at Bridgeport, Connecticut this 26th day of April, 2005.

                                        KEVIN F. ROWE, Clerk

                                        By____s/s Cynthia Earle____

                                              Cynthia Earle
                                              Deputy Clerk

Entry on Docket _____